Ramon Henderson, OSB No. 183579
rh@hs-legal.com
HODGKINSON STREET MEPHAM LLC
1620 SW Taylor, Suite 350
Portland, Oregon 97205
Telephone: (503) 222-1143
Fax: (503) 222-1296

Of Attorneys for Defendant City of West Linn

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TROY BUZALSKY, an individual; and KATHY BUZALSKY, an individual, | Case No.: 3:24-CV-710 |
| Plaintiffs, | **DEFENDANT CITY OF WEST LINN'S NOTICE OF REMOVAL** |
| v. | Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446 (Federal Question) |
| CITY OF WEST LINN, | Clackamas County Case No. 24CV14114 |
| Defendant. | |

**TO: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON; CLERK OF THE CLACKAMAS COUNTY CIRCUIT COURT; AND DANIEL T. GOLDSTEIN AND CHRISTOPHER C. GRADY AND ALDRICH GOLDSTEIN, P.C., ATTORNEYS FOR PLAINTIFFS:**

PLEASE TAKE NOTICE that defendant City of West Linn (hereinafter "defendant") hereby removes this case, currently pending in the Circuit Court for the County of Clackamas, to the United States District Court for the District of Oregon, Portland Division. As grounds for removal, defendant respectfully states the following:

**BACKGROUND, RELEVANT FACTS AND TIMELINESS**

Plaintiffs Troy Buzalsky and Kathy Buzalsky (hereinafter "plaintiffs") commenced this action in the Clackamas County Circuit Court. On March 29, 2024, defendant was served with a Summons and Complaint captioned *Troy Buzalsky, an individual; and Kathy Buzalsky, an individual v. City of West Linn, an Oregon municipality*, Clackamas County Circuit Court Case

No. 24CV14114. *See* Exhibit 1, p. 11 – Proof of Service. Pursuant to 28 U.S.C. § 1446(a), copies of "all process, pleadings, and orders" delivered to defendant are attached as Exhibit 1.

The Complaint contains allegations relating to defendant's purported inverse condemnation of plaintiffs' property in violation of the Fifth and Fourteenth Amendments of the United States Constitution and Article I, section 18 of the Oregon Constitution. Exhibit 1, p. 7, ¶ 25 – Compl. Plaintiffs' Complaint also contains allegations of nuisance and negligence related to plaintiffs' inverse condemnation claims. *Id.* ¶¶ 28-32 and 33-36.

This Notice of Removal is timely under 28 U.S.C. §1446(b) because it is filed within 30 days of plaintiff's purported service of defendants on March 29, 2024.

## VENUE AND JURISDICTION

Jurisdiction is proper in this court under 28 U.S.C. §§ 117, 1441(a), and 1446(a) because the Circuit Court of the State of Oregon for Clackamas County, where the Complaint was filed, is a state court within the District of Oregon. Pursuant to 28 U.S.C. § 1446(a), this matter is to be removed to the district court of the United States for the district and division within which the state court action is pending. By filing this pleading, this defendant does not waive its right to assert any defenses or file any motions, including, but not limited to, motions based on improper, incorrect, or inconvenient venue.

This Court has original jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 because plaintiffs' Complaint arises under the Fifth and Fourteenth Amendments to the United States Constitution. This Court has supplemental jurisdiction over the subject matter of this action under 28 U.S.C. § 1367(a) because plaintiff's claims arising under state law are so related to the claims in this action within this Court's original jurisdiction that "they form part of the same case or controversy under Article III of the United States Constitution."

## PROCEDURAL REQUIREMENTS

1.    <u>Removal to Proper Court:</u> The action is removable to this Court because this district embraces Clackamas County, Oregon, where the State Court Action is now pending.

/ / /

Page 2 – **DEFENDANT CITY OF WEST LINN'S NOTICE OF REMOVAL**

Hodgkinson
Street, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

2.      Removal is Timely: Defendant City of West Linn was served with the Summons and Complaint on March 29, 2024. Exhibit 1, p. 11 – Proof of Service. This Notice of Removal, filed on April 26, 2024 is within 30 days of service of Plaintiffs' Complaint. Therefore, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely. *See Murphy Bros. Inc. v. Michetti Pope Stringing Inc.*, 526 U.S. 344, 347-48, 119 S.Ct. 1322, 143 L.Ed.2d 448 (1999) ("[W]e hold that a named defendant's time to remove is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, 'through service or otherwise,' after and apart from service of the summons, but not by mere receipt of the complaint unattended by any formal service."). Removal is proper based upon federal question jurisdiction and supplemental jurisdiction, and therefore the requirements of 28 U.S.C. §§ 1331, 1367, 1441(a), and 1446 are met, and the entire case may be removed to this Court.

3.      Pleadings and Process: Attached as Exhibit 1 is a copy of all process, pleadings, and orders received by defendant concerning the State Court Action. *See* 28 U.S.C. 1446(a). No further proceedings have occurred in the Circuit Court of the State of Oregon for Clackamas County as of the date of this removal.

4.      Notice: A copy of the Notice to Clackamas County Circuit Court Clerk and Adverse Party of Filing of Removal to Federal Court will be timely filed with the clerk of the state court in which the action is pending and served on plaintiffs pursuant to 28 U.S.C. § 1446(a) and (d). Attached as Exhibit 2.

5.      Consent: Defendant City of West Linn is the only defendant in this matter.

6.      Signature: This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

Based upon the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C §§ 1331 and 1367, and the claims may be removed to this Court under 28 U.S.C. §§ 1441, and 1446.

/ / /

/ / /

Hodgkinson Street, LLC    1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

In the event that plaintiffs seek to remand this case, or the Court considers remand *sua sponte*, defendant respectfully request the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of defendant's right to assert any motion or defense. Defendant reserves the right to assert all applicable claims and defenses in response to the Complaint, including but not limited to, defenses based on lack of personal jurisdiction, improper venue, incorrect venue, inconvenient venue/forum *non conveniens*, statute of limitations, contractual damage limitations, failure to state a claim upon which relief may be granted, or any other motions or defenses that may be available to this defendant.

Defendant hereby demands a trial by jury in the above-captioned action of all issues triable by jury.

WHEREFORE, defendant City of West Linn removes this action from the Circuit Court for the State of Oregon, for the County of Clackamas, to the United States District Court for the District of Oregon, Portland Division.

DATED: April 26, 2024.

HODGKINSON STREET, LLC

By: */s/ Ramon B. Henderson III*
  Ramon B. Henderson III, OSB No. 183579
  rh@hs-legal.com
  (503) 222-1143
  (503) 222-1296 (fax)
  *Of Attorneys for Defendant City of West Linn*

Page 4 – **DEFENDANT CITY OF WEST LINN'S NOTICE OF REMOVAL**

Hodgkinson Street, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

1

2

3

4               IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                     FOR THE COUNTY OF CLACKAMAS

6   TROY BUZALSKY, an individual; and KATHY        Case No.
    BUZALSKY, an individual,
7                                                  COMPLAINT
                    Plaintiffs,                    (Inverse Condemnation; Nuisance;
8                                                  Negligence)

        v.
9                                                  NOT SUBJECT TO MANDATORY
    CITY OF WEST LINN, an Oregon municipality,     ARBITRATION
10
                    Defendant.                     Amount in Controversy: $600,000
11
                                                   Fee Authority: ORS 21.160(1)(c)
12
                                                   JURY TRIAL REQUESTED
13          Plaintiffs allege as follows:

14                               1.

15          Troy Buzalsky and Kathy Buzalsky are husband and wife ("Owners") and residents of

16  Clackamas County, Oregon and owners of real property located at 1228 14th Street, in West Linn,

17  Clackamas County, Oregon (the "Property").

18                               2.

19          The Property is located in the Willamette Neighborhood of West Linn, Oregon, between the

20  I-205 and the Tualatin River. The Willamette Neighborhood generally slopes downhill from the I-

21  205 toward the Tualatin River. The Owners' Property is located at the bottom of the sloped

22  Willamette Neighborhood and above the Willamette River.

23                               3.

24          At all times material herein, Defendant City of West Linn ("City") was an Oregon

25  municipality duly organized and existing under the laws of the state of Oregon. The City is primarily

Page 1 –  COMPLAINT                        **ALDRICH GOLDSTEIN, P.C.**
                                           621 SW Morrison Street, Suite 1050
                                           Portland OR 97205
                                           Telephone: (503) 226-7045
                                           Fax: (503) 226-7046

1  responsible for surface water management, street maintenance and street repair throughout the

2  Willamette Neighborhood. The City is also the owner of a drainage pipe and other right-of-way

3  improvements located on or about 14th Street just upslope from the Owners' Property (the "City's

4  Drainage System on 14th Street"). The City's Drainage System on 14th Street discharges surface

5  stormwater collected from the Willamette Neighborhood.

6                                             4.

7        The Owners' next-door neighbor (the "Neighbor") lived upslope from the Owners and

8  adjacent to 14th Street. The Neighbor applied for a permit to partition his property into two lots. The

9  City approved the Neighbor's permit application. As a condition of the approval, the City required

10  the Neighbor to install and repair a sidewalk and gutter on part of the City's Drainage System on 14th

11  Street.

12                                            5.

13        Prior to the Neighbor's project, surface water was directed to a ditch across 14th Street from

14  the Owners' Property. However, as the contractor performed the work on the City's Drainage System

15  on 14th Street as required by the City, the work began redirecting a large volume of surface water

16  directly onto the Owners' Property.

17                                            6.

18        The Owners immediately warned the assistant engineer for the City's Public Works

19  Department that water was now being redirected onto the Owners' Property. The City's engineer

20  informed the Owners that the City had no plans to perform any repairs to 14th street to address the

21  new and large volume of surface water from flowing onto the Owners' Property. The City

22  representative informed the Owners that repairs to 14th Street were not a priority for the City in the

23  foreseeable future. The City took no action in response to the Owner's warning about water intrusion

24  onto Owners' Property.

25  ///

Page 2 –  COMPLAINT

ALDRICH GOLDSTEIN, P.C.
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

7.

As the work continued on the City's Drainage System on 14th Street, the newly redirected water onto Owners' Property increased in volume. The Owner met with the City's right-of-way inspector during an inspection of the work on the City's Drainage System on 14th Street. The City's inspector agreed with the Owner that the project, as planned and required by the City, would not adequately protect the Owners' Property from the newly redirected surface water. However, the City took no action to prevent the new and large volume of surface water from discharging from the City's Drainage System on 14th Street and onto the Owners' Property.

8.

The Neighbor's contractor was also present for this meeting between the Owner and the City's right-of-way inspector. The Neighbor's contractor warned the City that even more surface water would soon be redirected from the City's Drainage System on 14th Street and onto the Owners' Property. The Neighbor's contractor stated that there was a broken and/or disconnected drainage pipe in the City's Drainage System on 14th Street. The Neighbor's contractor warned the City that the drainage pipe in the City's Drainage System on 14th Street would discharge even more surface water onto the Owners' Property if the drainage pipe was repaired.

9.

On or about May 9, 2022, the Owners hand-delivered a thumb drive to the City – and contemporaneously sent a Dropbox link to the City – containing photos and video demonstrating the Owners' concerns about excessive surface water discharging from the City's Drainage System on 14th Street and onto the Owners' Property. The City received this communication before the broken and/or disconnected drainage pipe was repaired in the City's Drainage System on 14th Street. The Owners' communications to the City provided the City with a detailed description of the historical management of the surface water near the Owners' Property and how the work being performed on the City's Drainage System on 14th Street had now changed that historical flow, redirecting a large

Page 3 –  COMPLAINT

ALDRICH GOLDSTEIN, P.C.
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

1     and harmful volume of surface water onto the Owners' Property.

2                                               10.

3         The City ignored the warnings given by the Owners and Neighbor's contractor. Instead, the

4 City responded by offering the Owners sand and sand bags and took the position that surface water

5 management was the Owners' responsibility. The City inspected and approved all work to the City's

6 Drainage System on 14th Street with full knowledge that such approved work would newly discharge

7 a large volume of water onto the Owners' Property.

8                                               11.

9         In June 2022, heavy rains began again in the Willamette Neighborhood. Surface water from

10 the City's Drainage System on 14th Street discharged onto the Owners' Property as expected. Again,

11 the Owners informed the City of the large volume of surface water discharging onto the Owners'

12 Property from the City's Drainage System on 14th Street. On June 10, 2022, The Owners provided

13 the City's Director of Public Works with an email that included additional photos and videos

14 documenting the damage to the Owners' Property as a result of the discharge of water from the

15 City's Drainage System on 14th Street. The Owner also suggested that the City mitigate its damages

16 by installing an asphalt berm. The City had previously installed asphalt berms throughout the City to

17 manage surface water drainage.

18                                             12.

19         The City's Public Works Director performed an investigation and provided a written

20 response to the Owners once again offering free sand and sandbags. The City's Public Works

21 Director confirmed that the City staff inspected and approved the work performed by the Neighbor's

22 contractor on the City's Drainage System on 14th Street, which was also mandated by the City when

23 approving the Neighbor's permit.

24    ///

25    ///

Page 4 –   COMPLAINT

ALDRICH GOLDSTEIN, P.C.
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

1                                                13.

2          However, the City's Public Works Director disclaimed any responsibility on the City's part

3    for the newly directed surface water discharging from the City's Drainage System on 14th Street and

4    onto the Owners' Property. Instead, the City's Public Works Director claimed that either the Owners

5    or Neighbor were responsible for the management of the surface water discharging from City's

6    Drainage System on 14th Street. The City's Public Works Director further stated that the City would

7    not install an asphalt berm to control the excess surface water discharging onto the Owners' Property

8    from the City's Drainage System on 14th Street. According to the City's Public Works Director,

9    asphalt berms were not effective for management and drainage of surface water. The City's Public

10   Works Director also confirmed that the City could have mandated that the Neighbor perform more

11   comprehensive changes to the City's Drainage System on 14th Street, but chose not to mandate such

12   changes.

13                                               14.

14         In addition to the actions above, the City also required the Neighbor's contractor to re-direct

15   the flow of a drainage pipe uphill from the driveway to the Neighbor's property, which the City knew

16   would cause a significant amount of additional surface water to discharge toward the Owner's

17   Property despite the addition of an undersized and misshaped deflection berm. Damage to the

18   Owner's Property was foreseeable to the City, and the Owner even expressed concern about the

19   possibility of such damage.

20                                               15.

21         This additional volume of water discharged from the City's Drainage System on 14th Street

22   eroded the soil under the Owner's driveway at the property, causing a large cave to form under the

23   edge of the driveway and undermining a historic rock retaining wall supporting that edge of the

24   driveway.

25   ///

Page 5 –  COMPLAINT

ALDRICH GOLDSTEIN, P.C.
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

1                                           16.

2          In an attempt to prevent further property damage, the Owners installed 220 feet of sandbags

3   on the perimeter of the Owners' Property. Although the sandbags mitigated some of the surface

4   water discharged from the City's Drainage System on 14th Street, new water paths developed and

5   caused additional damage to the Owners' Property.

6                                           17.

7          On June 20, 2022, the Owners delivered a Liability Incident Form to the City to formally

8   document the City's wrongful conduct and how it caused this erosion and undermined the driveway

9   of the Owners' Property.

10                                          18.

11         In July 2022, an agent of the City inspected the Owners' Property and the City's Drainage

12  System on 14th Street. The City's agent issued a report on August 16, 2022. The City's agent

13  observed that the City required Neighbor to install a sidewalk and gutter at the City's Drainage

14  System on 14th Street, which altered the water drainage pattern in the immediate area. The City's

15  agent concluded that water discharged from the City's Drainage System on 14th Street caused

16  damage to topsoil, bark chips, retainage walls, sprinklers, paver bricks, boulders, landscape lighting,

17  backfill and potentially a concrete driveway on Owners' Property.

18                                          19.

19         The City ultimately installed a berm at the perimeter of the Owners' Property. This berm is

20  the same berm that Owner requested the City install in June 2022.

21                                          20.

22         Repairs, remediation, and stabilization are necessary to correct the property damage to the

23  Owners' Property and to prevent the imminent and substantial risk of further property damage and

24  further diminution in value. The Owners have suffered substantial losses and are entitled to recover

25  damages in an amount to be proven at trial, currently estimated at $600,000 for investigation, repair,

Page 6 –  COMPLAINT

ALDRICH GOLDSTEIN, P.C.
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

1  remediation, and stabilization; loss of enjoyment and use of the homes; and diminution in value.

2  Plaintiffs reserve the right to amend damages as investigations proceed and further information

3  becomes available.

4                    **FIRST CLAIM FOR RELIEF**
                     **(Inverse Condemnation)**

5                                    21.

6       The Owners re-allege and incorporate the paragraphs above.

7                                    22.

8       Defendant City intentionally mandated that the Neighbor's contractor make improvements to

9  the City's Drainage System on 14th Street for the use and benefit of the public.

10                                   23.

11      The erosion, landslide, undermining of the Owners' Property and property damage to the

12  Owners' Property was the natural and ordinary consequence of the City's mandate for the

13  improvement of the City's Drainage System on 14th Street.

14                                   24.

15      The erosion, landslide, undermining of the Owners' Property and property damage to the

16  Owners' Property has substantially interfered with the Owners' use and enjoyment of their property.

17                                   25.

18      The City's actions constituted a taking and appropriation of the Owners' private property for

19  public purposes without payment of just compensation in violation of Article I, §18, of the Oregon

20  Constitution and the Fifth and Fourteenth Amendments to the United States Constitution.

21                                   26.

22      Defendant City's taking and appropriation of the Owners' Property has caused the Owners'

23  damages as set forth above.

24  ///

25  ///

Page 7 –  COMPLAINT

ALDRICH GOLDSTEIN, P.C.
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

1                             27.

2        The Owners are also entitled to recover their costs, disbursements and attorney fees pursuant

3  to ORS 20.085.

4                     **SECOND CLAIM FOR RELIEF**
                            **(Nuisance)**

5                             28.

6  The Owners re-allege and incorporate the paragraphs above.

7                             29.

8        The City mandated improvements to the City's Drainage System on 14th Street. During

9  construction of the improvements, the Owners and Neighbor's contractor warned the City that such

10  improvements would redirect a large volume of water onto the Owners' Property. Prior to final

11  completion and approval of the improvements to the City's Drainage System on 14th Street, the

12  Owners presented documentation of the harm to the Owners' Property caused by the improvements.

13  Furthermore, the Owners suggested that the City install a berm to properly manage the surface water

14  discharged by the City's Drainage System on 14th Street and onto the Owners' Property.

15                             30.

16        The City ignored the warnings from the Owners and the Neighbor's contractor and inspected

17  and approved the City's Drainage System on 14th Street while knowing that it would discharge a

18  harmful volume of water onto the Owners' Property.

19                             31.

20        As a result of the City's mandated improvements to the City's Drainage System on 14th

21  Street, the City's improper inspection of the improvements, and the City's willful disregard of the

22  substantial evidence presented by the Owners and Neighbor's contractor regarding the harm caused

23  by the City's actions and inactions, the Owners' Property suffered erosion, a landslide, undermining

24  of the driveway and property damage from the water discharged by the City's Drainage System on

25  14th Street.

Page 8 –   COMPLAINT

**ALDRICH GOLDSTEIN, P.C.**
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

1          32.

2          As a foreseeable, direct and proximate result of the City's unreasonable interference with the

3    Owners' use and enjoyment of land, the Owners have been damaged and are entitled to recover such

4    damages as set forth in the paragraphs above.

5                    **THIRD CLAIM FOR RELIEF**
                            **(Negligence)**
6                              33.

7          The Owners re-allege and incorporate the paragraphs above.

8          34.

9          The City had a duty to take reasonable care to ensure the improvements to City's Drainage

10    System on 14th Street were done without damaging the Owners' Property or compromising the

11    geotechnical stability of the Owners' property.

12          35.

13          Despite actual knowledge of the harm caused by the discharge of water from the City's

14    Drainage System on 14th Street onto the Owners' Property, the City acted negligently by authorizing

15    inspecting, and approving the improvements to the City's Drainage System on 14th Street, when the

16    City knew such improvements were causing damage to the Owners' Property.

17          36.

18          As a direct and proximate result of the City's negligence, the Owners have suffered losses

19    and property damage, and are entitled to recover the damages as set forth in the paragraphs above.

20                              **PRAYER**

21          WHEREFORE, plaintiffs pray for the following relief:

22          1.    On their First Claim for Relief, for a judgment against the City of West Linn for the

23    damages set forth in the paragraphs above, with prejudgment and post-judgment interest thereon at

24    the rate of nine percent (9%) per annum to the extent allowed by law, plus costs and disbursements

25    incurred herein, plus their attorney fees pursuant to ORS 20.085, and

Page 9 –  COMPLAINT                                      ALDRICH GOLDSTEIN, P.C.
                                                         621 SW Morrison Street, Suite 1050
                                                              Portland OR 97205
                                                         Telephone: (503) 226-7045
                                                              Fax: (503) 226-7046

1      2.     On their Second Claim for Relief, for a judgment against the City of West Linn for

2    the damages set forth in the paragraphs above, with prejudgment and post-judgment interest thereon

3    at the rate of nine percent (9%) per annum to the extent allowed by law, plus costs and

4    disbursements, and

5      3.     On their Third Claim for Relief, for a judgment against the City of West Linn for the

6    damages set forth in the paragraphs above, with prejudgment and post-judgment interest thereon at

7    the rate of nine percent (9%) per annum to the extent allowed by law, plus costs and disbursements;

8    and

9      4.     Any additional relief deemed appropriate by this Court.

10    Dated this 26th day of March 2024.

11                          ALDRICH GOLDSTEIN, P.C.

12                          *s/Daniel T. Goldstein*

                              Daniel T. Goldstein, OSB No. 012629

13                          dan@aldrichgoldstein.com

                              Christopher C. Grady, OSB 052694

14                          chris@aldrichgoldstein.com

                              *Attorneys for Plaintiffs Troy Buzalsky and Kathy*

15                          *Buzalsky*

16

17    TRIAL ATTORNEY:  Daniel T. Goldstein, OSB No. 012629

18

19

20

21

22

23

24

25

Page 10 – COMPLAINT

**ALDRICH GOLDSTEIN, P.C.**
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

Exhibit 1, page 010 of 023

## RETURN OF SERVICE

**State of Oregon**  |  **County of Clackamas**  |  **Circuit Court**

Case Number: 24CV14114

Plaintiff(s):
**TROY BUZALSKY, et al.**

vs.

Defendant(s):
**CITY OF WEST LINN**

Received by Cumulus Legal Services, Inc. to be served on **City of West Linn**.

I, Elisha Treacy, do hereby affirm that on the **29th day of March, 2024** at **1:32 pm, I:**

served a true and correct copy of the **Summons and Complaint** ("Service Documents"), by **personal service**, by delivering the Service Documents to **Lauren Breithaupt**, Finance Director, authorized to accept service on behalf of **City of West Linn**, at **22500 SALAMO ROAD, WEST LINN, OR 97068**.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Caucasian, Height: 5'7", Weight: 170, Hair: Light Brown, Glasses: -

I certify that I am a competent person, 18 years of age or older, and a resident of the state of service, and that I am not a party to, nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm, or corporation named in the above-captioned action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated:  3/29 , 2024

Elisha Treacy
Process Server

**Cumulus Legal Services, Inc.**
**P.O. Box 16913**
**Portland, OR 97292**
**(503) 567-9996**

Our Job Serial Number: CMU-2024000218

Copyright © 1992-2024 DreamBuilt Software, Inc - Process Server's Toolbox V8 2n

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF CLACKAMAS

| TROY BUZALSKY, an individual; and KATHY BUZALSKY, an individual, | Case No. 24CV14114 |
|---|---|
| Plaintiffs, | SUMMONS |
| v. | |
| CITY OF WEST LINN, an Oregon municipality, | |
| Defendant. | |

TO:   **City of West Linn**
      City Manager
      West Linn City Hall
      22500 Salamo Road
      West Linn, OR 97068

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

_____
SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

**NOTICE TO THE DEFENDANT:  READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.  It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately.  If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

| Daniel T. Goldstein | 012629 |
|---|---|
| ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED) | BAR NO. (IF ANY) |

Aldrich Goldstein, P.C., 621 SW Morrison St, Ste 1050

| Portland | OR | 97205 | (503) 226-7045 |
|---|---|---|---|
| CITY | STATE | ZIP | PHONE |

| Daniel T. Goldstein | 012629 |
|---|---|
| TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED) | BAR NO. |

STATE OF OREGON        )
                       ) ss.
County of Multnomah    )

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

_____
Daniel T. Goldstein, Attorney of Record for Plaintiff

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
Daniel T. Goldstein, Attorney of Record for Plaintiff

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF CLACKAMAS

| | |
|---|---|
| TROY BUZALSKY, an individual; and KATHY BUZALSKY, an individual, | Case No. 24CV14114 |
| Plaintiffs, | SUMMONS |
| v. | |
| CITY OF WEST LINN, an Oregon municipality, | |
| Defendant. | |

TO:     **City of West Linn**
        City Manager
        West Linn City Hall
        22500 Salamo Road
        West Linn, OR 97068

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

_____
SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Daniel T. Goldstein                    012629
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)    BAR NO. (IF ANY)

Aldrich Goldstein, P.C., 621 SW Morrison St, Ste 1050

Portland          OR          97205     (503) 226-7045
CITY              STATE        ZIP        PHONE

Daniel T. Goldstein                    012629
TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED)    BAR NO.

**NOTICE TO THE DEFENDANT:  READ THESE PAPERS
CAREFULLY!**

You must "appear" in this case or the other side will win automatically.  To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately.  If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

STATE OF OREGON     )
                    ) ss.
County of Multnomah )

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

_____
Daniel T. Goldstein, Attorney of Record for Plaintiff

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
Daniel T. Goldstein, Attorney of Record for Plaintiff

3/26/2024 11:44 AM
24CV14114

1

2

3

4             IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                 FOR THE COUNTY OF CLACKAMAS

| | |
|---|---|
| 6  TROY BUZALSKY, an individual; and KATHY BUZALSKY, an individual, | Case No. |
| 7              Plaintiffs, | COMPLAINT (Inverse Condemnation; Nuisance; |
| 8     v. | Negligence) |
| 9  CITY OF WEST LINN, an Oregon municipality, | NOT SUBJECT TO MANDATORY ARBITRATION |
| 10             Defendant. | Amount in Controversy: $600,000 |
| 11 | Fee Authority: ORS 21.160(1)(c) |
| 12 | JURY TRIAL REQUESTED |

13         Plaintiffs allege as follows:

14                              1.

15        Troy Buzalsky and Kathy Buzalsky are husband and wife ("Owners") and residents of

16  Clackamas County, Oregon and owners of real property located at 1228 14th Street, in West Linn,

17  Clackamas County, Oregon (the "Property").

18                              2.

19        The Property is located in the Willamette Neighborhood of West Linn, Oregon, between the

20  I-205 and the Tualatin River. The Willamette Neighborhood generally slopes downhill from the I-

21  205 toward the Tualatin River. The Owners' Property is located at the bottom of the sloped

22  Willamette Neighborhood and above the Willamette River.

23                              3.

24        At all times material herein, Defendant City of West Linn ("City") was an Oregon

25  municipality duly organized and existing under the laws of the state of Oregon. The City is primarily

Page 1 –  COMPLAINT                        ALDRICH GOLDSTEIN, P.C.
                                          621 SW Morrison Street, Suite 1050
                                                Portland OR 97205
                                           Telephone: (503) 226-7045
                                              Fax: (503) 226-7046

1    responsible for surface water management, street maintenance and street repair throughout the

2    Willamette Neighborhood. The City is also the owner of a drainage pipe and other right-of-way

3    improvements located on or about 14th Street just upslope from the Owners' Property (the "City's

4    Drainage System on 14th Street"). The City's Drainage System on 14th Street discharges surface

5    stormwater collected from the Willamette Neighborhood.

6                                               4.

7        The Owners' next-door neighbor (the "Neighbor") lived upslope from the Owners and

8    adjacent to 14th Street. The Neighbor applied for a permit to partition his property into two lots. The

9    City approved the Neighbor's permit application. As a condition of the approval, the City required

10    the Neighbor to install and repair a sidewalk and gutter on part of the City's Drainage System on 14th

11    Street.

12                                               5.

13        Prior to the Neighbor's project, surface water was directed to a ditch across 14th Street from

14    the Owners' Property. However, as the contractor performed the work on the City's Drainage System

15    on 14th Street as required by the City, the work began redirecting a large volume of surface water

16    directly onto the Owners' Property.

17                                               6.

18        The Owners immediately warned the assistant engineer for the City's Public Works

19    Department that water was now being redirected onto the Owners' Property. The City's engineer

20    informed the Owners that the City had no plans to perform any repairs to 14th street to address the

21    new and large volume of surface water from flowing onto the Owners' Property. The City

22    representative informed the Owners that repairs to 14th Street were not a priority for the City in the

23    foreseeable future. The City took no action in response to the Owner's warning about water intrusion

24    onto Owners' Property.

25    *///*

Page 2 –  COMPLAINT

ALDRICH GOLDSTEIN, P.C.
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

7.

As the work continued on the City's Drainage System on 14th Street, the newly redirected water onto Owners' Property increased in volume. The Owner met with the City's right-of-way inspector during an inspection of the work on the City's Drainage System on 14th Street. The City's inspector agreed with the Owner that the project, as planned and required by the City, would not adequately protect the Owners' Property from the newly redirected surface water. However, the City took no action to prevent the new and large volume of surface water from discharging from the City's Drainage System on 14th Street and onto the Owners' Property.

8.

The Neighbor's contractor was also present for this meeting between the Owner and the City's right-of-way inspector. The Neighbor's contractor warned the City that even more surface water would soon be redirected from the City's Drainage System on 14th Street and onto the Owners' Property. The Neighbor's contractor stated that there was a broken and/or disconnected drainage pipe in the City's Drainage System on 14th Street. The Neighbor's contractor warned the City that the drainage pipe in the City's Drainage System on 14th Street would discharge even more surface water onto the Owners' Property if the drainage pipe was repaired.

9.

On or about May 9, 2022, the Owners hand-delivered a thumb drive to the City – and contemporaneously sent a Dropbox link to the City – containing photos and video demonstrating the Owners' concerns about excessive surface water discharging from the City's Drainage System on 14th Street and onto the Owners' Property. The City received this communication before the broken and/or disconnected drainage pipe was repaired in the City's Drainage System on 14th Street. The Owners' communications to the City provided the City with a detailed description of the historical management of the surface water near the Owners' Property and how the work being performed on the City's Drainage System on 14th Street had now changed that historical flow, redirecting a large

Page 3 –  COMPLAINT

ALDRICH GOLDSTEIN, P.C.
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

1    and harmful volume of surface water onto the Owners' Property.

2                                    10.

3         The City ignored the warnings given by the Owners and Neighbor's contractor. Instead, the

4    City responded by offering the Owners sand and sand bags and took the position that surface water

5    management was the Owners' responsibility. The City inspected and approved all work to the City's

6    Drainage System on 14th Street with full knowledge that such approved work would newly discharge

7    a large volume of water onto the Owners' Property.

8                                    11.

9         In June 2022, heavy rains began again in the Willamette Neighborhood. Surface water from

10   the City's Drainage System on 14th Street discharged onto the Owners' Property as expected. Again,

11   the Owners informed the City of the large volume of surface water discharging onto the Owners'

12   Property from the City's Drainage System on 14th Street. On June 10, 2022, The Owners provided

13   the City's Director of Public Works with an email that included additional photos and videos

14   documenting the damage to the Owners' Property as a result of the discharge of water from the

15   City's Drainage System on 14th Street. The Owner also suggested that the City mitigate its damages

16   by installing an asphalt berm. The City had previously installed asphalt berms throughout the City to

17   manage surface water drainage.

18                                   12.

19        The City's Public Works Director performed an investigation and provided a written

20   response to the Owners once again offering free sand and sandbags. The City's Public Works

21   Director confirmed that the City staff inspected and approved the work performed by the Neighbor's

22   contractor on the City's Drainage System on 14th Street, which was also mandated by the City when

23   approving the Neighbor's permit.

24   ///

25   ///

Page 4 – COMPLAINT

ALDRICH GOLDSTEIN, P.C.
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

1        13.

2        However, the City's Public Works Director disclaimed any responsibility on the City's part

3   for the newly directed surface water discharging from the City's Drainage System on 14th Street and

4   onto the Owners' Property. Instead, the City's Public Works Director claimed that either the Owners

5   or Neighbor were responsible for the management of the surface water discharging from City's

6   Drainage System on 14th Street. The City's Public Works Director further stated that the City would

7   not install an asphalt berm to control the excess surface water discharging onto the Owners' Property

8   from the City's Drainage System on 14th Street. According to the City's Public Works Director,

9   asphalt berms were not effective for management and drainage of surface water. The City's Public

10  Works Director also confirmed that the City could have mandated that the Neighbor perform more

11  comprehensive changes to the City's Drainage System on 14th Street, but chose not to mandate such

12  changes.

13       14.

14       In addition to the actions above, the City also required the Neighbor's contractor to re-direct

15  the flow of a drainage pipe uphill from the driveway to the Neighbor's property, which the City knew

16  would cause a significant amount of additional surface water to discharge toward the Owner's

17  Property despite the addition of an undersized and misshaped deflection berm. Damage to the

18  Owner's Property was foreseeable to the City, and the Owner even expressed concern about the

19  possibility of such damage.

20       15.

21       This additional volume of water discharged from the City's Drainage System on 14th Street

22  eroded the soil under the Owner's driveway at the property, causing a large cave to form under the

23  edge of the driveway and undermining a historic rock retaining wall supporting that edge of the

24  driveway.

25  ///

Page 5 –  COMPLAINT

ALDRICH GOLDSTEIN, P.C.
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

1          16.

2          In an attempt to prevent further property damage, the Owners installed 220 feet of sandbags

3    on the perimeter of the Owners' Property. Although the sandbags mitigated some of the surface

4    water discharged from the City's Drainage System on 14th Street, new water paths developed and

5    caused additional damage to the Owners' Property.

6          17.

7          On June 20, 2022, the Owners delivered a Liability Incident Form to the City to formally

8    document the City's wrongful conduct and how it caused this erosion and undermined the driveway

9    of the Owners' Property.

10          18.

11          In July 2022, an agent of the City inspected the Owners' Property and the City's Drainage

12    System on 14th Street. The City's agent issued a report on August 16, 2022. The City's agent

13    observed that the City required Neighbor to install a sidewalk and gutter at the City's Drainage

14    System on 14th Street, which altered the water drainage pattern in the immediate area. The City's

15    agent concluded that water discharged from the City's Drainage System on 14th Street caused

16    damage to topsoil, bark chips, retainage walls, sprinklers, paver bricks, boulders, landscape lighting,

17    backfill and potentially a concrete driveway on Owners' Property.

18          19.

19          The City ultimately installed a berm at the perimeter of the Owners' Property. This berm is

20    the same berm that Owner requested the City install in June 2022.

21          20.

22          Repairs, remediation, and stabilization are necessary to correct the property damage to the

23    Owners' Property and to prevent the imminent and substantial risk of further property damage and

24    further diminution in value. The Owners have suffered substantial losses and are entitled to recover

25    damages in an amount to be proven at trial, currently estimated at $600,000 for investigation, repair,

Page 6 –  COMPLAINT

ALDRICH GOLDSTEIN, P.C.
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

1    remediation, and stabilization; loss of enjoyment and use of the homes; and diminution in value.

2    Plaintiffs reserve the right to amend damages as investigations proceed and further information

3    becomes available.

4                                  **FIRST CLAIM FOR RELIEF**
                                   **(Inverse Condemnation)**
5                                              21.

6          The Owners re-allege and incorporate the paragraphs above.

7                                              22.

8          Defendant City intentionally mandated that the Neighbor's contractor make improvements to

9    the City's Drainage System on 14th Street for the use and benefit of the public.

10                                             23.

11         The erosion, landslide, undermining of the Owners' Property and property damage to the

12   Owners' Property was the natural and ordinary consequence of the City's mandate for the

13   improvement of the City's Drainage System on 14th Street.

14                                             24.

15         The erosion, landslide, undermining of the Owners' Property and property damage to the

16   Owners' Property has substantially interfered with the Owners' use and enjoyment of their property.

17                                             25.

18         The City's actions constituted a taking and appropriation of the Owners' private property for

19   public purposes without payment of just compensation in violation of Article I, §18, of the Oregon

20   Constitution and the Fifth and Fourteenth Amendments to the United States Constitution.

21                                             26.

22         Defendant City's taking and appropriation of the Owners' Property has caused the Owners'

23   damages as set forth above.

24   ///

25   ///

Page 7 –  COMPLAINT

ALDRICH GOLDSTEIN, P.C.
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

1          27.

2          The Owners are also entitled to recover their costs, disbursements and attorney fees pursuant

3   to ORS 20.085.

4                              **SECOND CLAIM FOR RELIEF**
                                        (Nuisance)
5                                          28.

6          The Owners re-allege and incorporate the paragraphs above.

7                                          29.

8          The City mandated improvements to the City's Drainage System on 14th Street. During

9   construction of the improvements, the Owners and Neighbor's contractor warned the City that such

10  improvements would redirect a large volume of water onto the Owners' Property. Prior to final

11  completion and approval of the improvements to the City's Drainage System on 14th Street, the

12  Owners presented documentation of the harm to the Owners' Property caused by the improvements.

13  Furthermore, the Owners suggested that the City install a berm to properly manage the surface water

14  discharged by the City's Drainage System on 14th Street and onto the Owners' Property.

15                                         30.

16         The City ignored the warnings from the Owners and the Neighbor's contractor and inspected

17  and approved the City's Drainage System on 14th Street while knowing that it would discharge a

18  harmful volume of water onto the Owners' Property.

19                                         31.

20         As a result of the City's mandated improvements to the City's Drainage System on 14th

21  Street, the City's improper inspection of the improvements, and the City's willful disregard of the

22  substantial evidence presented by the Owners and Neighbor's contractor regarding the harm caused

23  by the City's actions and inactions, the Owners' Property suffered erosion, a landslide, undermining

24  of the driveway and property damage from the water discharged by the City's Drainage System on

25  14th Street.

Page 8 –  COMPLAINT                              **ALDRICH GOLDSTEIN, P.C.**
                                                 621 SW Morrison Street, Suite 1050
                                                         Portland OR 97205
                                                    Telephone: (503) 226-7045
                                                        Fax: (503) 226-7046

1          32.

2          As a foreseeable, direct and proximate result of the City's unreasonable interference with the

3   Owners' use and enjoyment of land, the Owners have been damaged and are entitled to recover such

4   damages as set forth in the paragraphs above.

5                          **THIRD CLAIM FOR RELIEF**
                                   **(Negligence)**
6                                  33.

7          The Owners re-allege and incorporate the paragraphs above.

8          34.

9          The City had a duty to take reasonable care to ensure the improvements to City's Drainage

10  System on 14th Street were done without damaging the Owners' Property or compromising the

11  geotechnical stability of the Owners' property.

12         35.

13         Despite actual knowledge of the harm caused by the discharge of water from the City's

14  Drainage System on 14th Street onto the Owners' Property, the City acted negligently by authorizing

15  inspecting, and approving the improvements to the City's Drainage System on 14th Street, when the

16  City knew such improvements were causing damage to the Owners' Property.

17         36.

18         As a direct and proximate result of the City's negligence, the Owners have suffered losses

19  and property damage, and are entitled to recover the damages as set forth in the paragraphs above.

20                                 **PRAYER**

21         WHEREFORE, plaintiffs pray for the following relief:

22         1.       On their First Claim for Relief, for a judgment against the City of West Linn for the

23  damages set forth in the paragraphs above, with prejudgment and post-judgment interest thereon at

24  the rate of nine percent (9%) per annum to the extent allowed by law, plus costs and disbursements

25  incurred herein, plus their attorney fees pursuant to ORS 20.085, and

Page 9 –  COMPLAINT

ALDRICH GOLDSTEIN, P.C.
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

1     2.    On their Second Claim for Relief, for a judgment against the City of West Linn for

2 the damages set forth in the paragraphs above, with prejudgment and post-judgment interest thereon

3 at the rate of nine percent (9%) per annum to the extent allowed by law, plus costs and

4 disbursements, and

5     3.    On their Third Claim for Relief, for a judgment against the City of West Linn for

6 damages set forth in the paragraphs above, with prejudgment and post-judgment interest thereon at

7 the rate of nine percent (9%) per annum to the extent allowed by law, plus costs and disbursements;

8 and

9     4.    Any additional relief deemed appropriate by this Court.

10    Dated this 26th day of March 2024.

11            ALDRICH GOLDSTEIN, P.C.

12            *s/Daniel T. Goldstein*
                Daniel T. Goldstein, OSB No. 012629

13            dan@aldrichgoldstein.com
                Christopher C. Grady, OSB 052694

14            chris@aldrichgoldstein.com
                *Attorneys for Plaintiffs Troy Buzalsky and Kathy*

15            *Buzalsky*

16

17 TRIAL ATTORNEY:  Daniel T. Goldstein, OSB No. 012629

18

19

20

21

22

23

24

25

Page 10 – COMPLAINT

ALDRICH GOLDSTEIN, P.C.
621 SW Morrison Street, Suite 1050
Portland OR 97205
Telephone: (503) 226-7045
Fax: (503) 226-7046

1

2

3

4                 IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                     FOR THE COUNTY OF CLACKAMAS

6   TROY BUZALSKY, an individual; and          Case No. 24CV14114
7   KATHY BUZALSKY, an individual,
                                                **NOTICE TO CLACKAMAS COUNTY**
8          Plaintiffs,                          **CIRCUIT COURT CLERK AND**
                                                **ADVERSE PARTY OF FILING OF**
9          v.                                   **REMOVAL TO FEDERAL COURT**

10  CITY OF WEST LINN, an Oregon
    municipality,
11
           Defendant.
12

13  **TO:  CLERK OF CIRCUIT COURT OF THE STATE OF OREGON FOR**
         **CLACKAMAS COUNTY AND TO PLAINTIFFS AND THEIR ATTORNEYS**
14       **OF RECORD, DANIEL T. GOLDSTEIN AND CHRISTOPHER C. GRADY**
         **AND ALDRICH GOLDSTEIN, P.C.:**
15
            PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United
16
    States District Court for the District of Oregon, Portland Division, on April 26, 2024. A copy of
17
    that Notice is attached as Exhibit A (without exhibits).
18
19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

    / / /

    500956

Page 1 -  NOTICE TO CLACKAMAS COUNTY CIRCUIT COURT CLERK AND         Hodgkinson    1620 SW Taylor
          ADVERSE PARTY OF FILING OF REMOVAL TO FEDERAL COURT         Street        Suite 350
                    Exhibit 2, page 001 of 002                        Mepham, LLC   Portland, OR 97205
                                                                                   (503) 222-1143
                                                                                   (503) 222-1296 (fax)

1    PLEASE TAKE FURTHER NOTICE that, by the filing of such Notice and by the filing

2    herein of this notice to state court of removal to federal court, this action has been removed from

3    this Court to the United States District Court for the District of Oregon pursuant to 28 U.S.C. §§

4    1331, 1367, 1441(a), and 1446, and this Court may proceed no further unless and until the case is

5    remanded.

6        DATED: April 26, 2024.

7            HODGKINSON STREET MEPHAM, LLC

8

9        By:  /s/ Ramon Henderson
                _____
10              Ramon B. Henderson III, OSB No. 183579
                rh@hs-legal.com
11              (503) 222-1143
                (503) 222-1296 (fax)
12              *Of Attorneys for Defendant City of West Linn*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

500956

Page 2 -  NOTICE TO CLACKAMAS COUNTY CIRCUIT COURT CLERK AND
         ADVERSE PARTY OF FILING OF REMOVAL TO FEDERAL COURT
         Exhibit 2, page 002 of 002

Hodgkinson
Street
Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

1

**CERTIFICATE OF SERVICE**

2     I hereby certify that on the 26th day of April, 2024, I served the foregoing DEFENDANT

3     CITY OF WEST LINN'S NOTICE OF REMOVAL, on the following:

4
        Daniel Goldstein
5       Christopher Grady
        Aldrich Goldstein, PC
6       621 SW Morrison St., Suite 1050
        Portland, Oregon 9720
7       Email: dan@aldrichgoldstein.com
        Email: chris@aldrichgoldstein.com
8       *Of Attorneys For Plaintiffs*

9

10    by the following indicated method(s):

11    [x ] by **mailing** a full, true and correct copy thereof in a sealed first-class postage prepaid
      envelope, addressed to the foregoing attorney at the last known office address of the attorney,
12    and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

13    [x ] by **emailing** a full, true and correct copy thereof, addressed to the foregoing attorney at the
      last known email address of the attorney on the date set forth above.

14
      [] by causing a full, true and correct copy thereof to be **hand delivered** to the attorney at the last
15    known address listed above on the date set forth above.

16    [] by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid
      envelope, addressed to the attorney as shown above on the date set forth above.

17
      [] by **faxing** a full, true and correct copy thereof to the attorney at the fax number shown above,
18    which is the last-known fax number for the attorney's office on the date set forth above.

19
                        */s/ Ramon Henderson*
20                      _____
                        Ramon Henderson
21

22

23

24

25

26

Page 1 – CERTIFICATE OF SERVICE

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland OR 97205
(503) 222-1143
(503) 222-1296 (fax)